IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN MARIE ORTEGA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-0217-CG-M |
| RONNIE EARL JACKSON, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties Joint Notice of Settlement (Doc. 10). It is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 9th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE